UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES WARREN GRISSOM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:04CV1292 HEA |
| | ) | |
| AL LUBBERS, | ) | |
| | ) | |
| Respondent, | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of Charles Warren Grissom for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, [Doc. No. 2], is denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Petitioner has not made a substantial showing of the denial of a constitutional right and the Court will not issue a Certificate of Appealability.

Dated this 13th day of February, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE